Joseph Eugene HOOVER, Petitioner—
Appellant,

v.

Butch JACKSON, Respondent—
Appellee.

No. 12–6695.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 10, 2012.

Decided: Aug. 16, 2012.

Joseph Eugene Hoover, Appellant Pro
Se. Mary Carla Hollis, Assistant Attorney
General, Clarence Joe DelForge, III,
North Carolina Department of Justice, Ra-
leigh, North Carolina, for Appellee.

Before GREGORY, DUNCAN, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Joseph Eugene Hoover seeks to appeal
the district court's order accepting the rec-
ommendation of the magistrate judge and
denying relief on his 28 U.S.C. § 2254
(2006) petition. The order is not appeal-
able unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(A) (2006). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2006).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel,* 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell,* 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the petition states a debata-
ble claim of the denial of a constitutional
right. *Slack,* 529 U.S. at 484–85, 120 S.Ct.
1595.

We have independently reviewed the
record and conclude that Hoover has not
made the requisite showing. Accordingly,
we deny Hoover's motion for a certificate
of appealability, deny leave to proceed in
forma pauperis, and dismiss the appeal.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*